IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
|         Plaintiff, | ) |
| vs. | ) CIVIL ACTION |
| | ) Case No. 4:24-CV-01503 |
| LA MICHOACANA, LTD., | ) |
|         Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, ERIK GARCIA, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, LA MICHOACANA, LTD.

Plaintiff and Defendant, LA MICHOACANA, LTD., are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 19th day of July, 2024.

                      Law Offices of
                      THE SCHAPIRO LAW GROUP, P.L.

                      /s/ Douglas S. Schapiro
                      Douglas S. Schapiro, Esq.
                      Southern District of Texas ID No. 3182479
                      The Schapiro Law Group, P.L
                      7301-A W. Palmetto Park Rd., #100A
                      Boca Raton, FL 33433
                      Tel: (561) 807-7388
                      Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 19th day of July 2024.

                      /s/ Douglas S. Schapiro
                      Douglas S. Schapiro, Esq.
                      Southern District of Texas ID No. 3182479