United States District Court
Southern District of Texas
**ENTERED**
August 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:24-CV-01503 |
| LA MICHOACANA, LTD., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed August 15, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, LA MICHOACANA, LTD., be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on __August 26, 2024__.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE